# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 11-3262

_____

Ashaunti Quantay Prowell,     *
    *
       Appellant,     *
    *   Appeal from the United States
    v.     *   District Court for the
    *   District of Minnesota.
Dr. Andrew Schock; M.D. Tore     *
Detlie; Yaser El-Mammamy; Daniel     *       [UNPUBLISHED]
C. Randa; Jeffrey J. Roberg; Martin     *
Zadnik; Linda Loken; PK, Staff,     *
    *
       Appellees.     *

_____

Submitted: May 2, 2012
Filed: May 7, 2012

_____

Before MURPHY, ARNOLD, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

Inmate Ashaunti Quantay Prowell appeals the district court's[1] order granting defendants' motions to dismiss his 42 U.S.C. § 1983 action for failure to state a claim. Having reviewed the issues raised in Mr. Prowell's brief, see Blakley v.

_____

[1]The Honorable John R. Tunheim, United States District Judge for the District of Minnesota, adopting the report and recommendations of the Honorable Jeffrey J. Keyes, United States Magistrate Judge for the District of Minnesota.

Schlumberger Tech. Corp., 648 F.3d 921, 933 (8th Cir. 2011) (issue is waived when not presented in brief with some specificity), we find that his complaint was properly dismissed for the reasons cited in the district court's thorough analysis, see McAdams v. McCord, 584 F.3d 1111, 1113 (8th Cir. 2009) (reviewing de novo dismissal for failure to state claim, accepting as true all factual allegations, but not legal conclusions couched as factual allegations); Stone v. Harry, 364 F.3d 912, 914 (8th Cir. 2004) (pro se complaints are liberally construed, but must allege sufficient facts to support claims advanced). The district court is affirmed. See 8th Cir. R. 47B.

_____